TRACY WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Litigation Counsel, Civil Division
PAUL SACHELARI, CSBN 230082
Special Assistant United States Attorney
    Social Security Administration
    160 Spear St., Suite 800
    San Francisco, CA  94105
    Telephone: (510) 970-4853
    Facsimile: (415) 744-0134
    Email: Paul.Sachelari@ssa.gov

Attorneys for Defendant
KILOLO KIJAKAZI

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| KAREN MICHELLE AUSTIN, | ) |
| | ) No. 5:20-cv-01216-SHK |
| Plaintiff, | ) |
| | ) [~~PROPOSED~~] |
| v. | ) **ORDER AWARDING EQUAL** |
| | ) **ACCESS TO JUSTICE ACT** |
| KILOLO KIJAKAZI, Acting | ) **ATTORNEY FEES AND** |
| Commissioner of Social Security,[1] | ) **EXPENSES, PURSUANT TO 28** |
| | ) **U.S.C. § 2412(d)** |
| Defendant. | ) |
| | ) |

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1  Based upon the parties' Stipulation for the Award and Payment of Equal
2  Access to Justice Act Fees, Costs, and Expenses, **IT IS ORDERED** that fees and
3  expenses in the amount of $5,295.49 as authorized by 28 U.S.C. § 2412, be
4  awarded subject to the terms of the Stipulation.

DATED: 8/19/2021

HON. SHASHI H. KEWALRAMANI
UNITED STATES MAGISTRATE JUDGE